FILED

APR 25 2008

RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## Northern District of California

ARUNBHAI PATEL, et al.

               Plaintiff(s),

v.

DOUGLAS G. BERGERON, et al.

               Defendant(s).

CASE NO. 5:08-cv-01133- MHP

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Robin Winchester , an active member in good standing of the bar of Pennsylvania whose business address and telephone number (particular court to which applicant is admitted) is

Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087; (610) 667-7706

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs, Patel & Hilborn.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 4/25/08

_____
United States District    Judge