| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Robin Winchester
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706

FILED
08 APR 24 PM 4 18
RICHARD W. WIEKING
NORTHERN DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARUNBHAI PATEL, et al.

            Plaintiff(s),

      v.

DOUGLAS G. BERGERON, et al.

           Defendant(s).

CASE NO. 5:08-cv-01133-MHP

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

    Pursuant to Civil L.R. 11-3, Robin Winchester , an active member in good standing of the bar of Pennsylvania , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiffs, Patel & Hilborn in the above-entitled action.

    In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Nichole Browning (S.B.N. 251937) Schiffrin Barroway Topaz & Kessler, LLP
2125 Oak Grove Road, Suite 120, Walnut Creek, CA 94598, (925) 945-0770

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/23/08

                                                  Robin Winchester

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611018471
Cashier ID: bucklem
Transaction Date: 04/24/2008
Payer Name: Schiffrin Barroway Topaz and
------------------------------------
PRO HAC VICE
 For: robin winchester
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:      $210.00
------------------------------------
CHECK
 Check/Money Order Num: 21038
 Amt Tendered:  $210.00
------------------------------------
Total Due:       $210.00
Total Tendered:  $210.00
Change Amt:      $0.00

c08-1133mhp


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```